## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VLADIMOR SONIN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:18-1221** |
| **v.** | : | **(JUDGE MANNION)** |
| **J. POTOPE, et al.,** | : | |
| **Defendants** | : | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.  Defendants' motion for summary judgment (Doc. 44) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2.  The Clerk of Court is directed to **CLOSE** this case.

3.  Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 3, 2021**

18-1221-01-ORDER.